PHILIP I. PERSON (SBN 281496)
TAYANAH C. MILLER (SBN 299123)
KHUSHPREET K. CHOUMWER (SBN 355576)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Email: personp@gtlaw.com
Email: millerta@gtlaw.com
Email: khushpreet.choumwer@gtlaw.com

*Attorneys for Defendant*
INTUIT INC.

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN YOON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>INTUIT, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br><br>**DECLARATION OF SCOTT ZIENTY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>*[Filed concurrently with Notice of Removal of Civil Action by Defendant Intuit Inc. to U.S. District Court and Declaration of Philip I. Person in Support of Defendant's Notice of Removal.]*<br><br>[Removed from the Superior Court of the State of California for the County of Santa Clara, Case No. 24CV446657.]<br><br>State Complaint Filed: September 4, 2024 |

I, Scott Zienty, declare:

1. I am over the age of 18, and I am competent to attest to the facts set forth herein. I am making this declaration based on my personal knowledge, and, if sworn as a witness, I could and would testify competently to the facts contained herein.

2. I am the Senior Ethics & Investigations Partner at Intuit Inc. ("Defendant"). I have been employed by Defendant since May 1, 2023. In this capacity, I have access to the corporate records of Defendant and certain personnel and pay records maintained by Defendant, including those related to Plaintiff John Yoon ("Plaintiff").

3. Defendant is incorporated in the State of California. Defendant maintains its headquarters at 2700 Coast Avenue, Mountain View, California 94043.

4. Defendant is informed and believes that Plaintiff is a citizen of the State of Texas, not California.

5. Plaintiff told Defendant that he became a resident of Texas on or around December 1, 2023, to be with his family.

6. During his employment with Defendant, Plaintiff requested Defendant to update his home address to a Texas address.[1]

7. While employed with Defendant, Plaintiff earned $187,996, annually.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 18th day of April, 2025, at Sacramento, CA.

**SCOTT ZIENTY**

[1] For privacy, Defendant has not indicated Plaintiff's address.

**SIGNATURE ATTESTATION**

I, Philip I. Person, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

DATED: April 18, 2025

**GREENBERG TRAURIG, LLP**

By: ______________________________
Philip I. Person
Attorney for Defendant
INTUIT INC.