PHILIP I. PERSON (SBN 281496)
TAYANAH C. MILLER (SBN 299123)
KHUSHPREET K. CHOUMWER (SBN 355576)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Email: personp@gtlaw.com
Email: millerta@gtlaw.com
Email: khushpreet.choumwer@gtlaw.com

*Attorneys for Defendant*
INTUIT INC.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN YOON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>INTUIT, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-03469<br><br>**DECLARATION OF SCOTT ABRAHAM IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>*[Filed concurrently with Defendant Intuit Inc.'s Opposition to Plaintiff's Motion to Remand and Request for Judicial Notice*]<br><br>[Removed from the Superior Court of the State of California for the County of Santa Clara, Case No. 24CV446657.]<br><br>State Complaint Filed: September 4, 2024<br>Removed on: April 18, 2025 |

I, Scott Abraham declare:

1. I am over the age of 18, and I am competent to attest to the facts set forth herein. I am making this declaration based on my personal knowledge, and, if sworn as a witness, I could and would testify competently to the facts contained herein.

2. I am the Director of Ethics and Investigations at Intuit Inc. ("Intuit"), the defendant in the above-captioned case. In this capacity, I have access to Intuit's corporate records and employment records, including those related to Plaintiff John Yoon ("Yoon").

3. Intuit employed Yoon from December 2020 to January 2024.

4. According to Yoon's employment application materials, Yoon is also known as Yi Hyan Yoon.

5. Intuit has never employed any other person named "John Yoon" or "Yi Hyan Yoon" in Mountain View, CA.

6. Yoon's position with Intuit was based in the Mountain View, California office and required his presence in Mountain View, CA.

7. On July 25, 2023, Yoon told Intuit he was "looking for a permanent relocation" to "Texas." Attached as **Exhibit A** is a true and correct copy of Yoon's statement to Intuit conveying the same, which is maintained in the ordinary course and scope of business.

8. On November 8, 2023, Yoon submitted a request for an accommodation to work remotely from Texas. On the form, Yoon indicated that his request was "indefinite. Attached as **Exhibit B** is a true and correct copy of Yoon's request, which is maintained in the ordinary course and scope of business.

9. On November 27, 2023, Intuit granted Yoon a temporary accommodation to work remotely, from Texas. Attached as **Exhibit C** is a true and correct copy of Intuit's decision granting this accommodation.

10. On December 13, 2023, Yoon told Intuit to update his home address to a location in Texas, effective as of December 1, 2023. Attached as **Exhibit D** is a true and correct copy of Yoon's request, which is maintained in the ordinary course and scope of business.

I declare under the penalty of perjury under the laws of the State of California and the United

States that the foregoing is true and correct.

Executed this 4 day of August 2025, at Mountain View, CA

**Scott Abraham**

**SIGNATURE ATTESTATION**

I, Philip I. Person, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

DATED: August 4, 2025

**GREENBERG TRAURIG, LLP**

By: ___/s/Philip I. Person___
Philip I. Person
Attorney for Defendant
INTUIT INC.

# EXHIBIT A

| | | | |
|---|---|---|---|
| **Date/Time Opened** | 7/25/2023 5:21 PM | **Created By** | Jennifer Kiura, 7/25/2023 5:21 PM |
| **Date/Time Closed** | 8/5/2023 6:11 AM | **Last Modified By** | Jennifer Kiura, 8/5/2023 6:11 AM |

## Contact Information

| | | | |
|---|---|---|---|
| **Name** | John Yoon | **Account Name** | Intuit Corp |
| **Title** | Senior Machine Learning Engineer | **Email** | john_yoon@intuit.com |
| **Is Director & Above ?** | ☐ | **Type** | Employee |
| | | **Phone** | |
| | | **Mobile** | |

### Address Information

**Mailing Address**
2535 Garcia Avenue
Mountain View, California 94043
United States

### Employee Information

| | | | |
|---|---|---|---|
| **Employee ID** | 371581 | **Department ID** | 5130 |
| **Login Id** | jyoon4 | **Department** | AI/ML Data Science |
| **Company ID** | 100 | **Group ID** | 933 |
| **Corp ID** | 50002289283 | **Group Name** | CTO 1 |

### System Information

| | | | |
|---|---|---|---|
| **Created By** | Boomi API User, 12/2/2020 2:42 PM | **Last Modified By** | Muthukumar Arjunan, 3/18/2025 3:19 AM |

## Private Case Comments

### PCC-759220

Comment: **Referenced link on accommodation request:**
[redacted]

Created Date: **7/26/2023**
Created By: **Jennifer Kiura, 7/26/2023 7:19 PM**

### PCC-758685

Comment:

**Case Recap:**
**John Yoon EE ID 371581 is currently on a medical leave of absence and is inquiring if he can submit a relocation request to move to Plano, Texas to work remotely permanently in September. EE stated that his relatives are in another state and if he has to go through a medical procedure, he will need someone to sign the medical power of attorney.**

**When asked if Manager is supportive of move, ee stated only if it's short term but was advised to reach out to HR as the relocation request for permanent move would be health related.. On initial chat a return from leave hadn't been determined yet.**

**However there is a subsequent chat that indicates EE stated his doctor is planning to extend his leave, which is currently until Aug 2.**

**He has been assigned a case manager through Aflac.**

**Seeking guidance if this case should go through accommodation process or WLE or other pathway.**

**EE preferred contact:**
**johnyoonh@gmail.com**

Created Date: **7/26/2023**
Created By: **Jennifer Kiura, 7/26/2023 8:10 AM**

### PCC-758541

Comment

**FOLLOW-UP CHAT FROM EE (Slacked case owner):**
**Toril Oien 2023-07-25T18:04:04.356 Hi Yi, how are you?**
**Yi Yoon 2023-07-25T18:04:17.371 Hi Toril. I am well thank you. I hope you are too!**
**Toril Oien 2023-07-25T18:04:33.787 I'm good, thanks for asking! How can I assist you today?**
**Yi Yoon 2023-07-25T18:04:59.420 I am currently on a medical leave. I was wondering if I could figure out the amount of payroll I will be getting in August with bonus.**
**Toril Oien 2023-07-25T18:06:23.730 I see you chatted with one of my colleagues today about this - is there anything I can help clarify of what she shared?**
**Yi Yoon 2023-07-25T18:07:03.321 Yes. I got disconnected, so I just wanted to confirm**
**Toril Oien 2023-07-25T18:07:54.251 Of course!**
**Toril Oien 2023-07-25T18:08:33.209 Your manager will have a Year End Conversation with you when you return from your leave and share the Year End Talent and Pay statement with you at that time.**
**Toril Oien 2023-07-25T18:08:57.977 We at HR Connect do not have access to these statements.**
**Yi Yoon 2023-07-25T18:09:40.688 Understood. Thanks Toril! So the only source of information for my compensation is my manager, right?**
**Toril Oien 2023-07-25T18:09:59.248 That is correct. Do you have a return date set at this time?**
**Yi Yoon 2023-07-25T18:10:42.744 My doctor is planning to extend my leave, wich is currently until Aug 2, and I wanted to plan accordingly.**
**Toril Oien 2023-07-25T18:11:11.476 I understand.**
**Toril Oien 2023-07-25T18:11:50.551 Did you get this link in your chat with Jennifer?**
**https://docs.google.com/presentation/d/1Rstgu_NbxDytfCB_4BTx8sB6t5BQV2Rydgjf2_s56k8/edit#slide=id.ged7892a503_2_293**
**Toril Oien 2023-07-25T18:12:19.262 That is the schedule for the FY23 YETP Payroll and Stock Payments.**
**Yi Yoon 2023-07-25T18:13:19.226 Thanks for clarifying. Yes. I won't know until Aug 11, I think? It is hard to plan when I need to pay for medical bills but I don't know how much I will have.**
**Toril Oien 2023-07-25T18:14:33.811 I understand.**
**Toril Oien 2023-07-25T18:16:03.770 This is a process that is owned by the business unit and not HR.**
**Toril Oien 2023-07-25T18:16:57.860 I will add notes to Jennifer's case that you reached out so she knows what we discussed.**
**Yi Yoon 2023-07-25T18:18:36.846 Okay. I am a bit disappointed that there is no way to reach that business unit. While I can identify people responsible for this info, I don't think the company supports checking on the compensation.**
**Toril Oien 2023-07-25T18:19:00.741 Have you reached out to your manager about this?**
**Yi Yoon 2023-07-25T18:19:46.516 Yes, he told me he isn't allowed to share while I am on a medical leave, as per the policy he checked.**
**Yi Yoon 2023-07-25T18:20:18.598 Not sure if this is company mandated, or org specific**
**Toril Oien 2023-07-25T18:20:43.467 This is the policy for all employees for YETP.**
**Yi Yoon 2023-07-25T18:20:56.340 I am all clear now. Thanks Toril**
**Yi Yoon 2023-07-25T18:21:03.129 I accept this reality**
**Yi Yoon 2023-07-25T18:21:13.849 I hope you have a good one!**
**Toril Oien 2023-07-25T18:21:34.529 You're welcome! Thank you for contacting HR Connect and have a good evening!**

Created Date **7/25/2023**

Created By **Toril Oien, 7/25/2023 6:22 PM**

## PCC-758525

Comment

**HRC CHAT:**
**Jennifer Kiura 2023-07-25T16:20:58.094 Hello Yi how are you?**
**Yi Yoon 2023-07-25T16:22:07.866 Hi Jennifer. I am currently on a medical-leave. I was wondering if there could be an approval for relocation by HR if the reason is HR-related**
**Jennifer Kiura 2023-07-25T16:25:46.855 I do hope that all is well with you. So that there's clarity and that you can be better supported on what you are seeking to request, could you please elaborate on this more specifically HR related reason?**
**Yi Yoon 2023-07-25T16:27:39.578 My relatives are in another state and if I have to go through a medical procedure, I need someone to sign the medical power of attorney**
**Jennifer Kiura 2023-07-25T16:32:38.560 Thank you for sharing this information Yi. What state would you be looking to relocate to?**
**Yi Yoon 2023-07-25T16:33:10.869 Plano, Texas**
**Jennifer Kiura 2023-07-25T16:33:34.048 Just to confirm would this be permanent or while you are on leave?**
**Yi Yoon 2023-07-25T16:33:58.349 looking for a permanent relocation**
**Jennifer Kiura 2023-07-25T16:34:24.908 May I please ask which month you are looking to relocate?**
**Yi Yoon 2023-07-25T16:34:40.877 September**
**Jennifer Kiura 2023-07-25T16:35:47.129 Thanks for this information Yi. May I ask if you have been assigned to a case manager while on leave?**
**Jennifer Kiura 2023-07-25T16:36:20.868 As well as if you've communicated this to them if you have a case manager?**
**Yi Yoon 2023-07-25T16:36:49.306 My previous case was: Case 00871460**
**Yi Yoon 2023-07-25T16:37:11.512 Keerthi**
**Jennifer Kiura 2023-07-25T16:43:08.583 Yes I'm reading through the notes thank you for this case number. Just to confirm and recap your ask: While on leave you'd like to request a relocation to plano, texas to work remotely starting in September. Currently return from leave hasn't been determined yet. At this point in time you haven't had a chance to talk to your manager about this as you're on leave. Is this an accurate recap?**
**Yi Yoon 2023-07-25T16:45:27.063 I've talked about with my manager, but I was told to reach out to HR and follow-through with HR because the relocation reason is health / HR-related**
**Jennifer Kiura 2023-07-25T16:47:06.727 One last question please bare with me...was your manager in support of the permanent move to Plano or direction was still to connect with HR?**
**Yi Yoon 2023-07-25T16:47:23.261 he was supportive of short term move**
**Yi Yoon 2023-07-25T16:47:31.351 but directed to HR for long term move**
**Jennifer Kiura 2023-07-25T16:48:35.023 Understood. I really do appreciate your patience in answering these questions. I'll have to do some further research and reconnect with you on this. Did you confirm that you have a case manager assigned to you from Aflac?**

**Yi Yoon 2023-07-25T16:49:14.546 yes her name is Janine**
**Jennifer Kiura 2023-07-25T16:53:30.823 Yi is email the best way to reach out to you as I further research on your inquiry?**
**Yi Yoon 2023-07-25T16:53:48.292 Yes: johnyoonh@gmail.com**
**Jennifer Kiura 2023-07-25T16:54:54.038 Thank you so much for providing this. Aside from this is there anything else I can support with?**
**Yi Yoon 2023-07-25T16:55:50.316 will my manager or VP get involved during this research?**
**Jennifer Kiura 2023-07-25T16:59:21.982 At this first step I'm going to seek confirmation on how to proceed forward. Typically for relocation requests due to medical reason there's the \"disability accommodation process\" https://intuitcloud.sharepoint.com/WorkResources/Pages/disability-accommodation-process.aspx**
**Yi Yoon 2023-07-25T17:00:18.253 Okay, thank you! Yeah it would be great if we could have a sync up before notifying my manager**
**Jennifer Kiura 2023-07-25T17:02:45.398 Will follow up with you on this within the next few days.**
**Jennifer Kiura 2023-07-25T17:03:18.069 Any other questions I can support with?**
**Yi Yoon 2023-07-25T17:03:37.349 Sounds good**
**Yi Yoon 2023-07-25T17:03:57.836 I would like to know how much I will be receiving on my next payroll. Since my manager doesn't think it is appropriate conduct performance review while I am away, I don't know what my bonus is. Would it possible for you share the Talent & Pay document with me so I can plan financially?**
**Jennifer Kiura 2023-07-25T17:06:04.833 It's the directive/guidance that your Manager is following and not their own personal choice. As you are on a medical leave, the guidance is that talent and pay conversations are to take place when an employee returns on leave .**
**Jennifer Kiura 2023-07-25T17:06:12.038 sorry returns from leave.**
**Jennifer Kiura 2023-07-25T17:07:26.807 Unfortunately HR Connect is not privy to Talent and pay statements. Please engage with your case manager on pay/benefits related details while on leave.**
**Yi Yoon 2023-07-25T17:07:40.244 I see. Is that mean my bonus is withheld until I return?**
**Jennifer Kiura 2023-07-25T17:08:50.077 IPI-eligible employees on an LOA will receive their IPI payment in August on the scheduled payment date for their respective country. The exception is for employees on a Personal Leave of Absence (PLOA) whose IPI will be paid after returning to work.**
**Yi Yoon 2023-07-25T17:10:30.164 I see. I am eligible, because my leave is not personal. Is HR able share the expected payroll amount then?**
**Yi Yoon 2023-07-25T17:10:44.670 not PLOA**
**Jennifer Kiura 2023-07-25T17:14:50.126 Here's the fy23 YETP payroll and stock payment schedule. https://docs.google.com/presentation/d/1Rstgu_NbxDytfCB_4BTx8sB6t5BQV2Rydgjf2_s56k8/edit#slide=id.ged7892a503_2_293 With the corresponding resource article: https://intuitcloud.sharepoint.com/MyBenefitsAndCareer/Pages/hr-article.aspx?article_id=KB1352123**
**Jennifer Kiura 2023-07-25T17:15:26.017 Any other questions at this point?**
**Yi Yoon 2023-07-25T17:16:02.274 Jennifer. I believe your answer is no**
**Jennifer Kiura 2023-07-25T17:16:19.934 Perfect. Thanks for connecting. Wishing you a great evening.**

Created Date **7/25/2023**

Created By **Jennifer Kiura, 7/25/2023 5:27 PM**

# EXHIBIT B

INTUIT

# Request for Accommodation Form

**Welcome to Intuit's Workplace Accommodations Process. We want to be sure and partner with you on your request as soon as possible.**

**How to Request an Accommodation:**
To request an accommodation, please open an HR Connect ticket/case. Please attach the completed form(s), and an Intuit HR representative will contact you soon after your form is received.

**How to Complete the Form:**
*For lactation accommodation requests:* Complete the first page. Disregard the second page. No health care provider documentation is required to support your request.

*For all other requests:* Complete the first page. The second page is for your health care provider to complete. If your health care provider gives you a note or another type of certification form, you can use that instead of the second page.

| **For The Employee To Complete** | | | |
|---|---|---|---|
| **Today's Date:** | 2023/11/08 | | |
| **Your Name** | Yi Hyan Yoon | **Job Title** | Senior Machine Learning Engineer |
| **Work Email** | John_yoon@intuit.com | **Location** | California remote |
| **Your Manager's Name** | Dušan Bošnjaković | **Personal Pronoun(s)** | He/Him |

**1. What accommodation(s) do you believe you need?** (For example, additional breaks, special equipment and/or an adjustment to your work duties or schedule.) Be specific.

I need to relocate to Texas as a remote employee to stay close to my family members for medical treatment and recovery support and handling emergency situations.

My medical condition requires family members nearby and attempt to relocate back to Mountain View has led to worsening of health conditions as I sought new arrangements to cope without the family support.

**2. How long will you need these accommodations?**

___ Days    ___ Weeks    ___ Months    _x_ Indefinite    ___ I don't know

**3. *Optional* - Will you need help in an evacuation or other emergency situation? If the answer is no, leave this section blank. If the answer is yes, let us know what type of help you'll need.**

I would need somone to call 911

THIS DOCUMENT WILL ONLY BE SHARED TO HELP RESPOND TO YOUR REQUEST.
IT WILL NOT BECOME PART OF YOUR INTUIT PERSONNEL FILE.

INTUIT

# Request for Accommodation Form

## Health Care Provider Certification

Please complete this form in its entirety to help us assess what adjustments to the workplace, work duties and/or equipment are needed for the employee to perform his or her job. If you have questions about the workplace or job duties, please ask the employee for additional details.

Please do not disclose the employee's medical condition, disability or impairment. We do not need that information.

| | |
|---|---|
| **Today's Date:** | 2023/11/08 |
| **Employee Name:** | Yi Hyan Yoon |
| **Health Care Provider Name, Address and Phone** | El Camino Health Hospital, Dr. Thomas Havel, (650-940-7294)<br>2590 Grant Road \| Mountain View, CA 94040<br>Salience Health, Dr. Paul Pastolero, Dr, Neelma Khan (469-379-8222)<br>6839 Communications Parkway, PLANO TX 75024-5991 |

1. **What accommodation(s) does the employee need to do his or her job?** (For example, a work station where you can stand, special equipment and/or an adjustment to work duties or schedule.) Please be as specific as possible and list **all** accommodations needed.

Relocation. Letter attached

2. **How long will the employee need those accommodations/adjustments?**

___ Days
___ Weeks
___ Months
_x_ Indefinite
___ Unknown at this time

3. **If the accommodation(s) above cannot be provided, are there any alternative accommodation(s)?** If yes, please list them below and be as specific as possible.

Letter attached

| | |
|---|---|
| **Health Care Provider Signature** | Letter attached |
| **Health Care Provider Office Stamp (For Verification)** | Letter attached |

El Camino Health

*Hospital Campuses*

2500 Grant Road
Mountain View, CA 94040
650-940-7000

815 Pollard Road
Los Gatos, CA 95032
408-378-6131

elcaminohealth.org

August 23, 2023

RE: Yi Hyan Yoon (AKA: John Yoon)
DOB: 5/7/1990

To Whom It May Concern:

Mr. Yoon is under my care. He recently completed a course of treatment for his medical condition. And he is medically cleared to return to work.

However, because he is in early recovery, he would benefit greatly by being with is family and having their support at this time. Consequently, I firmly support his returning to Houston Texas to be with his family.

If you have any further questions, please feel free to contact me (with Mr. Yoon's permission of course.)

Sincerely,

Thomas E Havel, MD.
thomas_havel@elcaminohealth.org
Phone: (650) 940-7294

**YOON, John (Legal name: Yihyan Yoon) | (id #115682, dob: 05/07/1990)**

Salience HEALTH

Powered By Bent Tree Health Professionals

Date: 10/18/2023
RE: Yihyan Yoon, DOB: 05/07/1990, PT ID #115682

To whom it may concern,

I saw Yihyan Yoon in the office today. He is currently under my care and is being managed for mental health. He is medically cleared to work, however, because of the nature of his mental health issues I firmly believe he would benefit from being around support (family) to avoid worsening of his mental health condition. It is my recommendation that accomodations for his work can be made such as remaining remote to be near family.

He is actively receiving treatment in Dallas, Texas and has been consistent with his appointments and care. It would be beneficial if we can continue caring for Mr Yoon in Dallas.

Sincerely,

Electronically Signed by: PAUL PASTOLERO, MD
ppastolero@saliencehealth.com

header

6839 Communications Parkway,
PLANO, TX 75024-5991
Phone: 469-379-8222 | Fax: 972-733-7257

Date: 10/30/2023

To whom it may concern,

This letter is to inform and confirm that 05/07/1990 (DOB) is a current patient of mine. Please excuse Mr.Yihyan Yoon from 10/30/2023- 11/02/2023 as he is experiencing symptoms that cause interference with his/her ability to present to work. This patient anticipated return date is on or after 11/2/2023.

Should you have any questions or concerns, please do not hesitate to contact our office at 469-379-8222.

Sincerely,

Electronically Signed by: NEELMA KHAN, MD

**Salience Health & Bent Tree Psychiatry**

# EXHIBIT C

Workplace Accommodations contact info:
Workplace_Accommodations@intuit.com
Fax: (520) 844-3569

Response to Request for Accommodation

Pursuant to Intuit's Americans With Disabilities Act Policy

| | | | |
|---|---|---|---|
| **Today's Date:** | **November 27, 2023** | | |
| **Employee's Name:** | **John Yoon** | **Group:** | **933 – CTO 1** |
| **Position:** | **Senior SW Engineer** | **Supervisor:** | **Dusan Bosnjakovic** |

Intuit has considered your accommodation request that we received.

This document confirms the plan for continued accommodations support, pursuant to the Americans with Disabilities Act.

The approved accommodations include:

- Remote work: You are approved to work from home on a full-time basis.
  - Intuit has provided you with a laptop/desktop and access to VPN.
  - You will be required to have reliable internet access. In the event internet access is not available you may be required to come on site to work.
  - Business Work from home policies will be in place during your accommodation. These policies include, but are not limited to, being available for calls and via collaboration tools, such as Jabber, Slack and/or Jive, consistently during business hours, timely response to voice mail and email, and using tools such as video conference/Blue Jeans/Zoom for meetings.
  - Usual performance expectations as provided by your management team will remain in place as if you are working within the office.

Please note that the essential functions of your role do not change, and usual performance expectations do still apply during an accommodation.

Your temporary accommodation will be in place through January 8, 2024, while we are awaiting the completion of the provided forms. You are responsible for requesting a renewal to this accommodation if needed beyond this expiration date. If you require further support, please contact the Workplace Accommodation Specialist at by opening an HR connect ticket.

*Please note, Intuit is not obligated to offer an accommodation for every physical or medical condition, but only under certain circumstances and for conditions that constitute "disabilities" as defined in state and federal law. Nonetheless, Intuit reserves the right, within its judgment, to offer accommodations to employees who may not have such a disability. Granting any accommodation should not be considered an expression of Intuit's belief as to the existence or non-existence of an employee's disability. Offering an accommodation does not change an employee's at will employment status with Intuit.*

THIS DOCUMENT WILL NOT BECOME PART OF YOUR INTUIT PERSONNEL FILE

# EXHIBIT D

| | |
|---|---|
| **CaseNumber:** | 00924856 |

## Case Details

| **Case Description** | |
|---|---|
| **Subject** | Address not updated Aetna |
| **Description** | My home address was changed effective 12/1/2023, but it seems like it has not been updated on my insurance, especially the dental insurance. Would it be possible to update this as soon as possible? The company has set the date for the involuntary separation as January 2nd.<br><br>5913 Lost Valley Dr The Colony, TX, 75056 |
| **Status** | Closed |
| **Parent Case** | |
| **Case Owner** | Kristen Niles |

| **Employee Information** | |
|---|---|
| **Contact Name** | John Yoon |
| **Contact Email** | john_yoon@intuit.com |
| **Phone** | |
| **Contact Location** | Mountain View |
| **Contact Country** | United States |
| **Company** | 100 - Intuit Corp |
| **Group** | 933 - CTO 1 |
| **Department** | 5130 - AI/ML Data Science |
| **Manager Email** | dusan_bosnjakovic@intuit.com |
| **Employee Id** | 371581 |
| **Is this case about or for someone else?** | No |
| **Who?** | |

| Case Information | |
|---|---|
| **Type** | Request |
| **Category** | Data |
| **Sub-Category** | Personal Data |
| **Detail** | Home Address |
| **Priority** | Low |
| **Case Origin** | Web |
| **Suppress on Insight** | false |

| System Information | |
|---|---|
| **Created By** | java apiuser |
| **Created date** | 2023-12-13 09:21:50 |
| **Last Modified By** | Kristen Niles |
| **Last Modified date** | 2023-12-20 11:51:55 |

## Private Case Comments

| Private Case Comments | |
|---|---|
| **Comments** | NOTE TO BENEFITS: Please assist the EE with getting his medical and dental coverage aligned with his new home address in Texas. As the EE indicated, he will be involuntarily separating on January 2, 2024. HRDS has updated his home address to reflect Texas and HRTO did the downstream sync.<br><br>Appears as though the feed is not sending to Aetna for this location change. Thanks! |
| **Created By** | Amanda Harrington |
| **Created Date** | 2023-12-19 14:33:14 |
| **Last Modified By** | Amanda Harrington |
| **Last Modified Date** | 2023-12-19 14:33:14 |

| Private Case Comments | |
|---|---|
| **Comments** | Hi HR Connect team ,<br><br>As per this case , Address was correct in Workday Application , We did the data sync to d/s applications , user informed me it was not updated the address in Aetna .<br><br>We didn't know about this Aetna is which application?<br><br>Please assist from your end. |
| **Created By** | Karre Kumar |
| **Created Date** | 2023-12-19 13:36:20 |
| **Last Modified By** | Karre Kumar |
| **Last Modified Date** | 2023-12-19 13:36:20 |

| Private Case Comments | |
|---|---|
| **Comments** | Note to HRTO:<br><br>Please complete a sync to downstream systems as the address has been updated. |
| **Created By** | Kristin Fields |
| **Created Date** | 2023-12-18 08:17:41 |
| **Last Modified By** | Kristin Fields |
| **Last Modified Date** | 2023-12-18 08:17:41 |

| Private Case Comments | |
|---|---|
| **Comments** | Note to HRDS: Please update EE's address, he is separating effective 1/2/24. 5913 Lost Valley Dr The Colony, TX, 75056 |
| **Created By** | Kristy Felton |
| **Created Date** | 2023-12-18 07:28:36 |
| **Last Modified By** | Kristy Felton |
| **Last Modified Date** | 2023-12-18 07:28:36 |

| Private Case Comments | |
|---|---|
| **Comments** | Slack with EE: Kristy Felton<br>2:34 PM<br>Hi John, I am a Specialist on the HR Connect team. I wanted to let you know I have received your case for the address change and I am currently working to resolve it. Thank you<br><br><br>John Yoon<br>2:34 PM<br>Thank you Kristy |
| **Created By** | Kristy Felton |
| **Created Date** | 2023-12-15 12:45:04 |
| **Last Modified By** | Kristy Felton |
| **Last Modified Date** | 2023-12-15 12:45:04 |

| Private Case Comments | |
|---|---|
| **Comments** | Note to Jennifer:<br><br>John's current work location is showing as Mountain View in Workday. From my understanding John relocation to Texas without the proper approvals in place. John submitted an address change into Workday and I kicked that back to him requesting that he open a case to have his work location updated since the address is in Texas and work location is in Mountain View. We received the case to update an address instead of work location.<br><br>Thank you for the support on this one! |
| **Created By** | Kristin Fields |
| **Created Date** | 2023-12-14 07:30:22 |
| **Last Modified By** | Kristin Fields |
| **Last Modified Date** | 2023-12-14 07:30:22 |

| Private Case Comments | |
|---|---|
| **Comments** | Note to HRDS:<br><br>Hi team, EE, John Yoon, has reached out regarding their pending address update in Workday. They would like their address to be updated to reflect 5913 Lost Valley Dr The Colony, TX, 75056<br><br>Your assistance is much appreciated. |
| **Created By** | Ashley Foltz |
| **Created Date** | 2023-12-13 13:03:54 |
| **Last Modified By** | Ashley Foltz |
| **Last Modified Date** | 2023-12-13 13:03:54 |

| Private Case Comments | |
|---|---|
| **Comments** | References:<br><br>Pending address change in WD comms:<br><br>Send Back Reason from Kristin Fields: Hello John,<br><br>Please open an HR Connect case for your location to be corrected to Texas. Once that is completed, your address change will be able to be approved<br><br>https://intuitcloud.sharepoint.com/MyBenefitsAndCareer/Pages/contact-hr-connect.aspx |
| **Created By** | Ashley Foltz |
| **Created Date** | 2023-12-13 11:52:10 |
| **Last Modified By** | Ashley Foltz |
| **Last Modified Date** | 2023-12-13 11:52:10 |

## Case Comments

| Case Comments | |
|---|---|
| **Comments** | Answer provided to employee |
| **Created By** | Kristen Niles |
| **Created Date** | 2023-12-20 11:51:54 |
| **Last Modified By** | Kristen Niles |
| **Last Modified Date** | 2023-12-20 11:51:54 |

| Case Comments | |
|---|---|
| **Comments** | It is still not updated |
| **Created By** | java apiuser |
| **Created Date** | 2023-12-19 12:36:12 |
| **Last Modified By** | java apiuser |
| **Last Modified Date** | 2023-12-19 12:36:12 |

| Case Comments | |
|---|---|
| **Comments** | Hi John Yoon,<br><br>It will take 4 hrs to 24 hrs to reflect in d/s applications. |
| **Created By** | Karre Kumar |
| **Created Date** | 2023-12-18 13:29:28 |
| **Last Modified By** | Karre Kumar |
| **Last Modified Date** | 2023-12-18 13:29:28 |

| Case Comments | |
|---|---|
| **Comments** | I see do not see the address updated on Aetna |
| **Created By** | java apiuser |
| **Created Date** | 2023-12-18 13:09:47 |
| **Last Modified By** | java apiuser |
| **Last Modified Date** | 2023-12-18 13:09:47 |

| Case Comments | |
|---|---|
| **Comments** | Hi John Yoon,<br><br>As per this request , HRDS Team updated Address of John Yoon in WD .<br><br>We did the Data sync from WD to d/s applications . |
| **Created By** | Karre Kumar |
| **Created Date** | 2023-12-18 13:07:37 |
| **Last Modified By** | Karre Kumar |
| **Last Modified Date** | 2023-12-18 13:07:37 |

**Emails**

| **Email details** | |
|---|---|
| **Subject** | RE: Address not updated Aetna |
| **From Address** | hrconnect@intuit.com |
| **From Name** | HR Connect |
| **To Address** | john_yoon@intuit.com |
| **Cc Address** | |
| **Bcc Address** | kristen_niles@intuit.com |

| | |
|---|---|
| **Text Body** | Good Afternoon John,<br><br>Alight has confirmed that they did not receive the updated address till 12/19/23. Previously the state was listed as CA... the change to TX was received as of 12/19. This updated address will be sent to Aetna in the weekly file feed on Thursday 12/21 and the remainder of the vendors in the 12/20 files.<br><br>Thanks,<br>Regards,<br>Kristen Niles<br>Employee Benefits Program Manager<br><br>--------------- Original Message ---------------<br>From: HR Connect [hrconnect@intuit.com]<br>Sent: 12/19/2023 3:02 PM<br>To: john_yoon@intuit.com<br>Subject: RE: Address not updated Aetna<br><br>Good Evening John,<br><br>Happy holidays! Thank you for reaching out to Benefits regarding your updated address and impact/distribution to carriers. I took a look in Alight's system and it appears that they received the updated address as of today 12/19/23. You address change may have been hanging out in Workday pending some sort of approval. I have reached out to them and asked them to confirm that they update has been processed and questioned when the updated address will be transmitted to the various carriers. I will follow-up as soon as I receive a response.<br><br>Regards,<br>Kristen Niles<br>Employee Benefits Program Manager<br><br><br>--------------- Original Message ---------------<br>From: HR Connect [hrconnect@intuit.com]<br>Sent: 12/18/2023 1:07 PM<br>To: john_yoon@intuit.com<br>Subject: Address not updated Aetna<br><br>Hi John Yoon,<br><br>As per this request , HRDS Team updated Address of John Yoon in WD .<br><br>We did the Data sync from WD to d/s applications .<br>ref:!00Do00KS0Y.!5008Y02Kp2nM:ref |
| **Created Date** | 2023-12-20 11:45:00 |

| Email details | |
|---|---|
| **Subject** | RE: Address not updated Aetna |
| **From Address** | hrconnect@intuit.com |
| **From Name** | HR Connect |
| **To Address** | john_yoon@intuit.com |
| **Cc Address** | |
| **Bcc Address** | kristen_niles@intuit.com |
| **Text Body** | Good Evening John,<br><br>Happy holidays! Thank you for reaching out to Benefits regarding your updated address and impact/distribution to carriers. I took a look in Alight's system and it appears that they received the updated address as of today 12/19/23. You address change may have been hanging out in Workday pending some sort of approval. I have reached out to them and asked them to confirm that they update has been processed and questioned when the updated address will be transmitted to the various carriers. I will follow-up as soon as I receive a response.<br><br>Regards,<br>Kristen Niles<br>Employee Benefits Program Manager<br><br><br>--------------- Original Message ---------------<br>From: HR Connect [hrconnect@intuit.com]<br>Sent: 12/18/2023 1:07 PM<br>To: john_yoon@intuit.com<br>Subject: Address not updated Aetna<br><br>Hi John Yoon,<br><br>As per this request , HRDS Team updated Address of John Yoon in WD .<br><br>We did the Data sync from WD to d/s applications .<br>ref:!00Do00KS0Y.!5008Y02Kp2nM:ref |
| **Created Date** | 2023-12-19 14:57:44 |

| **Email details** | |
|---|---|
| **Subject** | Address not updated Aetna |
| **From Address** | hrconnect@intuit.com |
| **From Name** | HR Connect |
| **To Address** | john_yoon@intuit.com |
| **Cc Address** | |
| **Bcc Address** | karre_kumar@intuit.com |
| **Text Body** | Hi John Yoon,<br><br>As per this request , HRDS Team updated Address of John Yoon in WD .<br><br>We did the Data sync from WD to d/s applications .<br>ref:!00Do00KS0Y.!5008Y02Kp2nM:ref |
| **Created Date** | 2023-12-18 13:07:51 |

| Email details | |
|---|---|
| **Subject** | HR Connect Case 00924856 \| Address not updated Aetna |
| **From Address** | hrconnect@intuit.com |
| **From Name** | HR Connect |
| **To Address** | john_yoon@intuit.com |
| **Cc Address** | |
| **Bcc Address** | ashley_foltz@intuit.com |
| **Text Body** | Hi John,<br><br>Thanks for reaching out and happy Wednesday! I am forwarding your request to our cross functional team for further support. They will reach out to you if they have any additional questions to include an update when this has been processed.<br><br>We appreciate your patience during this busy time. I hope you have a great rest of your day!<br><br><br><br>Warm regards,<br>Ashley<br><br>Ashley Foltz<br>HRC Channel Advisor<br>Slack: @ashley foltz<br><br>*Note: Please 'reply to all' on this email for faster response.<br>ref:!00Do00KS0Y.!5008Y02Kp2nM:ref |
| **Created Date** | 2023-12-13 13:04:08 |

**Attachments**

| Attachment Name | Last Modified Date |
|---|---|
| 20231218 - Untitled 3.jpg | 2023-12-18 13:09:48 |
| 20231213 - Aenta Dental.jpg | 2023-12-13 09:21:50 |